STEVEN W. MYHRE
Acting United States Attorney
LISA C. CARTIER GIROUX
Assistant United States Attorney
Nevada State Bar Number 14040
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6179 / Fax: (702) 388-6418
Lisa.Cartier-Giroux@usdoj.gov

Attorney for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | 2:13-cr-368-JAD-VCF |
|---|---|---|
| Plaintiff, | ) ) ) | **GOVERNMENT'S STIPULATION TO CONTINUE RESPONSE DEADLINE** |
| v. | ) ) | |
| JOHN DAVID YODER, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED and AGREED by and between the United States of America, by and through LISA C. CARTIER GIROUX, Assistant United States Attorney, and Defendant JOHN DAVID YODER, by and through his counsel JOHN PATRICK DOLAN, ESQ, that the Government shall have to and including April 3, 2017, within which to file a responsive pleading to Defendant Yoder's *Motion in Limine to Exclude Prior Convictions* (Doc.#90), currently due March 23, 2017.

…

…

…

1 | This is the first request to continue the response deadline.

2 | Dated this 22nd day of March, 2017.

4 | /s/  Lisa C. Cartier Giroux          /s/
5 | LISA CARTIER GIROUX               JOHN PATRICK DOLAN, ESQ.
  | Assistant United States Attorney   45-290 Fargo Street
6 |                                    Indio, CA 92201
  |                                    *Attorney for John David Yoder*

# **ORDER**

**IT IS HEREBY ORDERED** that the Government shall have to and including April 3, 2017, within which to file its response to Defendant Yoder's *Motion to Compel In Limine to Exclude Prior Convictions* (Doc. #90).

DATED this 23rd day of March, 2017.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

Respectfully Submitted By:

/s/ Lisa C. Cartier Giroux
_____
LISA C. CARTIER GIROUX
Assistant United States Attorney