DANIEL G. BOGDEN
United States Attorney
LISA C. CARTIER GIROUX
Assistant United States Attorney
Nevada State Bar Number 14040
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
Lisa.Cartier-Giroux@usdoj.gov

Attorney for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-cr-368-JAD-VCF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO** |
| | ) | **CONTINUE RESPONSE** |
| | ) | **DEADLINE** |
| | ) | |
| JOHN DAVID YODER, | ) | |
| | ) | Second Request |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED and AGREED by and between the United States of America, by and through LISA C. CARTIER GIROUX, Assistant United States Attorney, and Defendant JOHN DAVID YODER, by and through his counsel JOHN PATRICK DOLAN, ESQ, that the Government shall have to and including April 17, 2017, within which to file a responsive pleading to Defendant Yoder's *Motion in Limine to Exclude Prior Convictions* (Doc.#90), currently due April 3, 2017.

…

…

…

-1-

-2-

1   This is the second request to continue the response deadline.

2   Dated this 3rd day of April, 2017.

3

4   /s/  Lisa C. Cartier Giroux                    /s/ John Patrick Dolan
    LISA CARTIER GIROUX                            JOHN PATRICK DOLAN, ESQ.
5   Assistant United States Attorney               45-290 Fargo Street
                                                   Indio, CA 92201
6                                                  *Attorney for John David Yoder*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

**IT IS HEREBY ORDERED** that the Government shall have to and including April 17, 2017, within which to file its response to Defendant Yoder's *Motion to Compel In Limine to Exclude Prior Convictions* (Doc. #90).

DATED this 3rd day of April, 2017.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

Respectfully Submitted By:

/s/ Lisa C. Cartier Giroux
_____
LISA C. CARTIER GIROUX
Assistant United States Attorney