# EXHIBIT A

MICHAEL A. HESTRIN
District Attorney
County of Riverside
3960 Orange Street, First Floor
Riverside, California 92501
Telephone: (951) 955-5400
John Aki
Chief Assistant District Attorney
State Bar No. 189395

BAIL: DEF#1: $1,000,000.00
DEF#2: $1,000,000.00
DEF#3: $1,000,000.00
DEF#4: $1,000.000.00

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

APR 14 2015

A. Maldonado

APR 20 2015

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
(Riverside)

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

v.

ERICK MONSIVAIS

JOHN DAVID YODER

WILLIAM CLYDE THOMPSON

NOLAND ANTHONY HARPER

Defendants.

NO. RIF 1501674

INDICTMENT

AGENCY#: DAI2015027009

COUNT 1

The Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses ERICK MONSIVAIS of a violation of Penal Code section 288.7 subdivision (b), a felony, in that on or about January 2014, through and including March 2014, in the County of Riverside, State of California, he did wilfully and unlawfully participate in an act of oral copulation or sexual penetration, as defined in Penal Code section 289, with JOHN DOE(DA), a person who is 10 years of age or younger.

COUNT 2

For a further and separate cause of action, being a different offense from but connected in its commission with the charge set forth in count 1 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses ERICK MONSIVAIS of a violation of Penal Code section 288.7 subdivision (b), a felony, in that on or about January 2014, through and including March 2014, in the County of Riverside, State of California, he did wilfully and unlawfully participate in an act of oral copulation or sexual penetration, as defined in Penal Code section 289, with JOHN DOE(DA), a person who is 10 years of age or younger.

COUNT 3

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 and 2 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses ERICK MONSIVAIS of a violation of Penal Code section 288.7 subdivision (b), a felony, in that on or about February 2014, in the County of Riverside, State of California, he did wilfully and unlawfully participate in an act of oral copulation or sexual penetration, as defined in Penal Code section 289, with JOHN DOE(DA), a person who is 10 years of age or younger.

COUNT 4

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 3 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses ERICK MONSIVAIS of a violation of Penal Code section 288a, subdivision (c), subsection (1), a felony, in that on or about April 2014, through and including August 2014, in the County of Riverside, State of California, he did wilfully and unlawfully participate in an act of oral copulation with JOHN DOE(DA), a person under the age of fourteen years and more than ten years younger than defendant Erick A Monsivais.

COUNT 5

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 4 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses ERICK MONSIVAIS of a violation of Penal Code section 288, subdivision (a), a felony, in that on or about June 2014, through and including August 2014, in the County of Riverside, State of California, he did wilfully, unlawfully, and lewdly commit a lewd and lascivious act upon and with the body and certain parts and members thereof of JOHN DOE(DA), a child under the age of fourteen years, with the intent of arousing, appealing to, and gratifying the lust, passions, and sexual desires of the said defendant and the said child.

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside
State of California

COUNT 6

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 5 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses ERICK MONSIVAIS of a violation of Penal Code section 288, subdivision (a), a felony, in that on or about June 2014, through and including August 2014, in the County of Riverside, State of California, he did wilfully, unlawfully, and lewdly commit a lewd and lascivious act upon and with the body and certain parts and members thereof of JOHN DOE(DA), a child under the age of fourteen years, with the intent of arousing, appealing to, and gratifying the lust, passions, and sexual desires of the said defendant and the said child.

COUNT 7

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 6 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses ERICK MONSIVAIS of a violation of Penal Code section 311.11, subdivision (a), a felony, in that on or about February 2015, in the County of Riverside, State of California, he did knowingly control and possess any matter, representation of information, data and image in which the production involves the use of a person under the age of 18 years, knowing that the material or matter depicts a person under the age of 18 years personally engaging in or simulating sexual conduct, as defined in subdivision (d) of Penal Code section 311.4.

COUNT 8

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 7 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses ERICK MONSIVAIS of a violation of Penal Code section 311.11, subdivision (a), a felony, in that on or about February 2015, in the County of Riverside, State of California, he did knowingly control and possess any matter, representation of information, data and image in which the production involves the use of a person under the age of 18 years, knowing that the material or matter depicts a person under the age of 18 years personally engaging in or simulating sexual conduct, as defined in subdivision (d) of Penal Code section 311.4.

COUNT 9

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 8 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses ERICK MONSIVAIS of a violation of Penal Code section 311.11, subdivision (a), a felony, in that on or about

February 2015, in the County of Riverside, State of California, he did knowingly control and possess any matter, representation of information, data and image in which the production involves the use of a person under the age of 18 years, knowing that the material or matter depicts a person under the age of 18 years personally engaging in or simulating sexual conduct, as defined in subdivision (d) of Penal Code section 311.4.

COUNT 10

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 9 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses JOHN DAVID YODER of a violation of Penal Code section 288, subdivision (a), a felony, in that on or about November 2014, through and including December 2014, in the County of Riverside, State of California, he did wilfully, unlawfully, and lewdly commit a lewd and lascivious act upon and with the body and certain parts and members thereof of JOHN DOE(ES), a child under the age of fourteen years, with the intent of arousing, appealing to, and gratifying the lust, passions, and sexual desires of the said defendant and the said child.

COUNT 11

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 10 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses JOHN DAVID YODER of a violation of Penal Code section 288, subdivision (a), a felony, in that on or about November 2014, through and including December 2014, in the County of Riverside, State of California, he did wilfully, unlawfully, and lewdly commit a lewd and lascivious act upon and with the body and certain parts and members thereof of JOHN DOE(ES), a child under the age of fourteen years, with the intent of arousing, appealing to, and gratifying the lust, passions, and sexual desires of the said defendant and the said child.

COUNT 12

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 11 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses JOHN DAVID YODER of a violation of Penal Code section 288, subdivision (a), a felony, in that on or about November 2013, through and including January 2015, in the County of Riverside, State of California, he did wilfully, unlawfully, and lewdly commit a lewd and lascivious act upon and with the body and certain parts and members thereof of JOHN DOE(ES), a child under the age of fourteen years, with the intent of arousing, appealing to, and gratifying the lust, passions, and sexual desires of the said defendant and the said child.

///

COUNT 13

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 12 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses JOHN DAVID YODER of a violation of Penal Code section 288, subdivision (a), a felony, in that on or January 2014, through and including December 2014, in the County of Riverside, State of California, he did wilfully, unlawfully, and lewdly commit a lewd and lascivious act upon and with the body and certain parts and members thereof of JOHN DOE(ES), a child under the age of fourteen years, with the intent of arousing, appealing to, and gratifying the lust, passions, and sexual desires of the said defendant and the said child.

COUNT 14

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 13 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses JOHN DAVID YODER of a violation of Penal Code section 266j, a felony, in that on or about June 2013 through and including December 2014, in the County of Riverside, State of California, he did willfully and unlawfully and intentionally give, transport, provide, and make available, and offered to give, transport, provide and make available to another person JOHN DOE(DA), a child under the age of 16 years for the purpose of any lewd or lascivious act as defined in Penal Code section 288, and who caused, induced, and persuaded a child under the age of 16 years to engage in such an act with another person.

COUNT 15

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 14 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses JOHN DAVID YODER of violation of Penal Code section 266j, a felony, in that on or about June 2013, through and including December 2014, in the County of Riverside, State of California, he did willfully and unlawfully and intentionally give, transport, provide, and make available, and offered to give, transport, provide and make available to another person JOHN DOE(BS), a child under the age of 16 years for the purpose of any lewd or lascivious act as defined in Penal Code section 288, and who caused, induced, and persuaded a child under the age of 16 years to engage in such an act with another person.

///

///

///

///

COUNT 16

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 15 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses JOHN DAVID YODER of violation of Penal Code section 266j, a felony, in that on or about June 2013, through and including December 2014, in the County of Riverside, State of California, he did willfully and unlawfully and intentionally give, transport, provide, and make available, and offered to give, transport, provide and make available to another person JOHN DOE(NC), a child under the age of 16 years for the purpose of any lewd or lascivious act as defined in Penal Code section 288, and who caused, induced, and persuaded a child under the age of 16 years to engage in such an act with another person.

COUNT 17

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 16 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses JOHN DAVID YODER of a violation of Penal Code section 236.1, subdivision (c), a felony, in that on or about June 2013, through and including December 2014, in the County of Riverside, State of California, he did willfully and unlawfully cause, induce, and persuade, and attempt to cause, induce and persuade JOHN DOE(DA), a minor at the time of the commission of the offense, to engage in a commercial sex act, with the intent to effect and maintain a violation of Penal Code sections 266, 266h, 266i, 266j, 267, 311.1, 311.2, 311.3, 311.4, 311.5, 311.6 and 518.

COUNT 18

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 17 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses JOHN DAVID YODER of a violation of Penal Code section 236.1, subdivision (c), a felony, in that on or about June 2013, through and including December 2014, in the County of Riverside, State of California, he did willfully and unlawfully cause, induce, and persuade, and attempt to cause, induce and persuade JOHN DOE(BS), a minor at the time of the commission of the offense, to engage in a commercial sex act, with the intent to effect and maintain a violation of Penal Code sections 266, 266h, 266i, 266j, 267, 311.1, 311.2, 311.3, 311.4, 311.5, 311.6 and 518.

///

///

///

COUNT 19

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 18 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses JOHN DAVID YODER of a violation of Penal Code section 236.1, subdivision (c), a felony, in that on or about June 2013, through and including December 2014, in the County of Riverside, State of California, he did willfully and unlawfully cause, induce, and persuade, and attempt to cause, induce and persuade JOHN DOE(NC), a minor at the time of the commission of the offense, to engage in a commercial sex act, with the intent to effect and maintain a violation of Penal Code sections 266, 266h, 266i, 266j, 267, 311.1, 311.2, 311.3, 311.4, 311.5, 311.6 and 518.

COUNT 20

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 19 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses JOHN DAVID YODER of a violation of Penal Code section 32, a felony, in that on or about June 2013, through and including December 2014, in the County of Riverside, State of California, he did wilfully and unlawfully, having knowledge that the crime of child pornography, a felony, in the State of Nevada, had been committed by WILLIAM THOMPSON, did harbor, conceal and aid said WILLIAM THOMPSON, with the intent that he might avoid and escape from arrest, trial, conviction, and punishment for said felony.

COUNT 21

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 20 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 236.1, subdivision (c), a felony, in that on or about June 2013, through and including December 2014, in the County of Riverside, State of California, he did willfully and unlawfully cause, induce, and persuade, and attempt to cause, induce and persuade JOHN DOE(DA), a minor at the time of the commission of the offense, to engage in a commercial sex act, with the intent to effect and maintain a violation of Penal Code sections 266, 266h, 266i, 266j, 267, 311.1, 311.2, 311.3, 311.4, 311.5, 311.6 and 518.

///

///

///

///

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside
State of California

COUNT 22

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 21 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 236.1, subdivision (c), a felony, in that on or about January 2014, through and including December 2014, in the County of Riverside, State of California, he did willfully and unlawfully cause, induce, and persuade, and attempt to cause, induce and persuade JOHN DOE(BS), a minor at the time of the commission of the offense, to engage in a commercial sex act, with the intent to effect and maintain a violation of Penal Code sections 266, 266h, 266i, 266j, 267, 311.1, 311.2, 311.3, 311.4, 311.5, 311.6 and 518.

COUNT 23

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 22 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 236.1, subdivision (c), a felony, in that on or about January 2014, through and including December 2014, in the County of Riverside, State of California, he did willfully and unlawfully cause, induce, and persuade, and attempt to cause, induce and persuade JOHN DOE(NC), a minor at the time of the commission of the offense, to engage in a commercial sex act, with the intent to effect and maintain a violation of Penal Code sections 266, 266h, 266i, 266j, 267, 311.1, 311.2, 311.3, 311.4, 311.5, 311.6 and 518.

COUNT 24

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 23 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 236.1, subdivision (c), a felony, in that on or about January 2014, through and including December 2014, in the County of Riverside, State of California, he did willfully and unlawfully cause, induce, and persuade, and attempt to cause, induce and persuade JOHN DOE(JP), a minor at the time of the commission of the offense, to engage in a commercial sex act, with the intent to effect and maintain a violation of Penal Code sections 266, 266h, 266i, 266j, 267, 311.1, 311.2, 311.3, 311.4, 311.5, 311.6 and 518.

///

///

///

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside
State of California

COUNT 25

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 24 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 236.1, subdivision (c), a felony, in that on or about January 2014, through and including December 2014, in the County of Riverside, State of California, he did willfully and unlawfully cause, induce, and persuade, and attempt to cause, induce and persuade JOHN DOE(PO), a minor at the time of the commission of the offense, to engage in a commercial sex act, with the intent to effect and maintain a violation of Penal Code sections 266, 266h, 266i, 266j, 267, 311.1, 311.2, 311.3, 311.4, 311.5, 311.6 and 518.

COUNT 26

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 25 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 236.1, subdivision (c), a felony, in that on or about January 2014, through and including December 2014, in the County of Riverside, State of California, he did willfully and unlawfully cause, induce, and persuade, and attempt to cause, induce and persuade JOHN DOE(CM), a minor at the time of the commission of the offense, to engage in a commercial sex act, with the intent to effect and maintain a violation of Penal Code sections 266, 266h, 266i, 266j, 267, 311.1, 311.2, 311.3, 311.4, 311.5, 311.6 and 518.

COUNT 27

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 26 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 288.7, subdivision (a), a felony, in that on or about August 2014, in the County of Riverside, State of California, he did wilfully and unlawfully engage in sexual intercourse or sodomy with JOHN DOE(NC), a person who is 10 years of age or younger.

COUNT 28

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 27 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 288, subdivision (a), a felony, in that on or about January 2014, through and including March 2014, in the County of

Riverside, State of California, he did wilfully, unlawfully, and lewdly commit a lewd and lascivious act upon and with the body and certain parts and members thereof of JOHN DOE(NC), a child under the age of fourteen years, with the intent of arousing, appealing to, and gratifying the lust, passions, and sexual desires of the said defendant and the said child.

COUNT 29

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 28 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 288, subdivision (a), a felony, in that on or about January 2014, through and including March 2014, in the County of Riverside, State of California, he did wilfully, unlawfully, and lewdly commit a lewd and lascivious act upon and with the body and certain parts and members thereof of JOHN DOE(NC), a child under the age of fourteen years, with the intent of arousing, appealing to, and gratifying the lust, passions, and sexual desires of the said defendant and the said child.

COUNT 30

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 29 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 288.7 subdivision (b), a felony, in that on or about January 2014, through and including March 2014, in the County of Riverside, State of California, he did wilfully and unlawfully participate in an act of oral copulation or sexual penetration, as defined in Penal Code section 289, with JOHN DOE(DA), a person who is 10 years of age or younger.

COUNT 31

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 30 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 288.7 subdivision (b), a felony, in that on or about January 2014, through and including March 2014, in the County of Riverside, State of California, he did wilfully and unlawfully participate in an act of oral copulation or sexual penetration, as defined in Penal Code section 289, with JOHN DOE(NC), a person who is 10 years of age or younger.

///

///

COUNT 32

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 31 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 288, subdivision (a), a felony, in that on or about January 2014, through and including December 2014, in the County of Riverside, State of California, he did wilfully, unlawfully, and lewdly commit a lewd and lascivious act upon and with the body and certain parts and members thereof of JOHN DOE(BS), a child under the age of fourteen years, with the intent of arousing, appealing to, and gratifying the lust, passions, and sexual desires of the said defendant and the said child.

COUNT 33

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 32 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 288, subdivision (a), a felony, in that on or about January 2014, through and including December 2014, in the County of Riverside, State of California, he did wilfully, unlawfully, and lewdly commit a lewd and lascivious act upon and with the body and certain parts and members thereof of JOHN DOE(BS), a child under the age of fourteen years, with the intent of arousing, appealing to, and gratifying the lust, passions, and sexual desires of the said defendant and the said child.

COUNT 34

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 33 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 288.7 subdivision (b), a felony, in that on or about April 2014, in the County of Riverside, State of California, he did wilfully and unlawfully participate in an act of oral copulation or sexual penetration, as defined in Penal Code section 289, with JOHN DOE(DA), a person who is 10 years of age or younger.

COUNT 35

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 34 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 288a, subdivision (c), subsection (1), a felony, in that on or about May 2014, in the County of Riverside, State of California, he did

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside
State of California

wilfully and unlawfully participate in an act of oral copulation with JOHN DOE(DA), a person under the age of fourteen years and more than ten years younger than defendant William Clyde Thompson.

COUNT 36

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 35 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 288a, subdivision (c), subsection (1), a felony, in that on or about June 2014, in the County of Riverside, State of California, he did wilfully and unlawfully participate in an act of oral copulation with JOHN DOE(DA), a person under the age of fourteen years and more than ten years younger than defendant William Clyde Thompson.

COUNT 37

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 36 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 288a, subdivision (c), subsection (1), a felony, in that on or about April 2014, in the County of Riverside, State of California, he did wilfully and unlawfully participate in an act of oral copulation with JOHN DOE(JP), a person under the age of fourteen years and more than ten years younger than defendant William Clyde Thompson.

COUNT 38

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 37 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 288a, subdivision (c), subsection (1), a felony, in that on or about May 2014, in the County of Riverside, State of California, he did wilfully and unlawfully participate in an act of oral copulation with JOHN DOE(JP), a person under the age of fourteen years and more than ten years younger than defendant William Clyde Thompson.

COUNT 39

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 38 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 288a, subdivision (c), subsection

(1), a felony, in that on or about May 2014, in the County of Riverside, State of California, he did wilfully and unlawfully participate in an act of oral copulation with JOHN DOE(JP), a person under the age of fourteen years and more than ten years younger than defendant William Clyde Thompson.

COUNT 40

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 39 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 288.7, subdivision (a), a felony, in that on or about May, 2014, in the County of Riverside, State of California, he did wilfully and unlawfully engage in sexual intercourse or sodomy with JOHN DOE(NC), a person who is 10 years of age or younger.

COUNT 41

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 40 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 288, subdivision (a), a felony, in that on or about August 2013, through and including June 2014, in the County of Riverside, State of California, he did wilfully, unlawfully, and lewdly commit a lewd and lascivious act upon and with the body and certain parts and members thereof of JOHN DOE(DA), a child under the age of fourteen years, with the intent of arousing, appealing to, and gratifying the lust, passions, and sexual desires of the said defendant and the said child.

COUNT 42

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 41 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 288, subdivision (a), a felony, in that on or about February 2014, in the County of Riverside, State of California, he did wilfully, unlawfully, and lewdly commit a lewd and lascivious act upon and with the body and certain parts and members thereof of JOHN DOE(BS), a child under the age of fourteen years, with the intent of arousing, appealing to, and gratifying the lust, passions, and sexual desires of the said defendant and the said child.

///

///

///

///

COUNT 43

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 42 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 288a, subdivision (c), subsection (1), a felony, in that on or about February 2014, in the County of Riverside, State of California, he did wilfully and unlawfully participate in an act of oral copulation with JOHN DOE(BS), a person under the age of fourteen years and more than ten years younger than defendant William Clyde Thompson.

The Criminal Grand Jury of the County of Riverside by this indictment further alleges that WILLIAM CLYDE THOMPSON has been convicted in the present case and cases of committing a qualifying sex offense as specified in Penal Code section 667.61, subdivision (c), against more than one victim, within the meaning of Penal Code section 667.61, subdivision (e), subsection (4).

COUNT 44

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 43 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 311.11, subdivision (a), a felony, in that on or about January 2015, in the County of Riverside, State of California, he did knowingly control and possess any matter, representation of information, data and image in which the production involves the use of a person under the age of 18 years, knowing that the material or matter depicts a person under the age of 18 years personally engaging in or simulating sexual conduct, as defined in subdivision (d) of Penal Code section 311.4.

COUNT 45

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 44 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 311.11, subdivision (a), a felony, in that on or about January 2015, in the County of Riverside, State of California, he did knowingly control and possess any matter, representation of information, data and image in which the production involves the use of a person under the age of 18 years, knowing that the material or matter depicts a person under the age of 18 years personally engaging in or simulating sexual conduct, as defined in subdivision (d) of Penal Code section 311.4.

///

///

COUNT 46

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 45 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses WILLIAM CLYDE THOMPSON of a violation of Penal Code section 311.11, subdivision (a), a felony, in that on or about January 2015, in the County of Riverside, State of California, he did knowingly control and possess any matter, representation of information, data and image in which the production involves the use of a person under the age of 18 years, knowing that the material or matter depicts a person under the age of 18 years personally engaging in or simulating sexual conduct, as defined in subdivision (d) of Penal Code section 311.4.

COUNT 47

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 46 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses NOLAND ANTHONY HARPER of a violation of Penal Code section 236.1, subdivision (c), a felony, in that on or about January 2014, through and including December 2014, in the County of Riverside, State of California, he did willfully and unlawfully cause, induce, and persuade, and attempt to cause, induce and persuade JOHN DOE(BS), a minor at the time of the commission of the offense, to engage in a commercial sex act, with the intent to effect and maintain a violation of Penal Code sections 266, 266h, 266i, 266j, 267, 311.1, 311.2, 311.3, 311.4, 311.5, 311.6 and 518.

COUNT 48

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 47 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses NOLAND ANTHONY HARPER of a violation of Penal Code section 236.1, subdivision (c), a felony, in that on or about January 2014, through and including December 2014, in the County of Riverside, State of California, he did willfully and unlawfully cause, induce, and persuade, and attempt to cause, induce and persuade JOHN DOE(NC), a minor at the time of the commission of the offense, to engage in a commercial sex act, with the intent to effect and maintain a violation of Penal Code sections 266, 266h, 266i, 266j, 267, 311.1, 311.2, 311.3, 311.4, 311.5, 311.6 and 518.

///

///

///

///

COUNT 49

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 48 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses NOLAND ANTHONY HARPER of a violation of Penal Code section 236.1, subdivision (c), a felony, in that on or about January 2014, through and including December 2014, in the County of Riverside, State of California, he did willfully and unlawfully cause, induce, and persuade, and attempt to cause, induce and persuade JOHN DOE(CM), a minor at the time of the commission of the offense, to engage in a commercial sex act, with the intent to effect and maintain a violation of Penal Code sections 266, 266h, 266i, 266j, 267, 311.1, 311.2, 311.3, 311.4, 311.5, 311.6 and 518.

COUNT 50

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 49 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses NOLAND ANTHONY HARPER of violation of Penal Code section 266j, a felony, in that on or about December 2014, in the County of Riverside, State of California, he did willfully and unlawfully and intentionally give, transport, provide, and make available, and offered to give, transport, provide and make available to another person JOHN DOE(BS), a child under the age of 16 years for the purpose of any lewd or lascivious act as defined in Penal Code section 288, and who caused, induced, and persuaded a child under the age of 16 years to engage in such an act with another person.

COUNT 51

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 50 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses NOLAND ANTHONY HARPER of violation of Penal Code section 266j, a felony, in that on or about December 2014, in the County of Riverside, State of California, he did willfully and unlawfully and intentionally give, transport, provide, and make available, and offered to give, transport, provide and make available to another person JOHN DOE(DA), a child under the age of 16 years for the purpose of any lewd or lascivious act as defined in Penal Code section 288, and who caused, induced, and persuaded a child under the age of 16 years to engage in such an act with another person.

///

///

///

COUNT 52

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 51 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses NOLAND ANTHONY HARPER of violation of Penal Code section 266j, a felony, in that on or about December 2014, in the County of Riverside, State of California, he did willfully and unlawfully and intentionally give, transport, provide, and make available, and offered to give, transport, provide and make available to another person JOHN DOE(BS), a child under the age of 16 years for the purpose of any lewd or lascivious act as defined in Penal Code section 288, and who caused, induced, and persuaded a child under the age of 16 years to engage in such an act with another person.

COUNT 53

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 52 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses NOLAND ANTHONY HARPER of violation of Penal Code section 266j, a felony, in that on or about December 2014, in the County of Riverside, State of California, he did willfully and unlawfully and intentionally give, transport, provide, and make available, and offered to give, transport, provide and make available to another person JOHN DOE(BS), a child under the age of 16 years for the purpose of any lewd or lascivious act as defined in Penal Code section 288, and who caused, induced, and persuaded a child under the age of 16 years to engage in such an act with another person.

COUNT 54

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 53 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses NOLAND ANTHONY HARPER of violation of Penal Code section 266j, a felony, in that on or about December 2014, in the County of Riverside, State of California, he did willfully and unlawfully and intentionally give, transport, provide, and make available, and offered to give, transport, provide and make available to another person JOHN DOE(CM), a child under the age of 16 years for the purpose of any lewd or lascivious act as defined in Penal Code section 288, and who caused, induced, and persuaded a child under the age of 16 years to engage in such an act with another person.

///

///

///

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside
State of California

COUNT 55

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 54 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses NOLAND ANTHONY HARPER of a violation of Penal Code section 288a, subdivision (c), subsection (1), a felony, in that on or about January 2014, through and including August 2014, in the County of Riverside, State of California, he did wilfully and unlawfully participate in an act of oral copulation with JOHN DOE(BS), a person under the age of fourteen years and more than ten years younger than defendant Noland Anthony Harper.

COUNT 56

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 55 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses NOLAND ANTHONY HARPER of a violation of Penal Code section 288, subdivision (a), a felony, in that on or about January 2014, through and including August 2014, in the County of Riverside, State of California, he did wilfully, unlawfully, and lewdly commit a lewd and lascivious act upon and with the body and certain parts and members thereof of JOHN DOE(BS), a child under the age of fourteen years, with the intent of arousing, appealing to, and gratifying the lust, passions, and sexual desires of the said defendant and the said child.

COUNT 57

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 56 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses NOLAND ANTHONY HARPER of a violation of Penal Code section 288, subdivision (a), a felony, in that on or about December 2014, in the County of Riverside, State of California, he did wilfully, unlawfully, and lewdly commit a lewd and lascivious act upon and with the body and certain parts and members thereof of JOHN DOE(CM), a child under the age of fourteen years, with the intent of arousing, appealing to, and gratifying the lust, passions, and sexual desires of the said defendant and the said child.

///

///

///

///

///

///

///

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
County of Riverside
State of California

COUNT 58

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 57 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses NOLAND ANTHONY HARPER of a violation of Penal Code section 311.11, subdivision (a), a felony, in that on or about February 2015, in the County of Riverside, State of California, he did knowingly control and possess any matter, representation of information, data and image in which the production involves the use of a person under the age of 18 years, knowing that the material or matter depicts a person under the age of 18 years personally engaging in or simulating sexual conduct, as defined in subdivision (d) of Penal Code section 311.4.

COUNT 59

For a further and separate cause of action, being a different offense from but connected in its commission with the charges set forth in counts 1 through 58 hereof, the Criminal Grand Jury of the County of Riverside by this Indictment hereby accuses ERICK MONSIVAIS, JOHN DAVID YODER, WILLIAM CLYDE THOMPSON, and NOLAND ANTHONY HARPER of a violation of Penal Code section 182, subdivision (a), subsection (1), a felony, in that on or about January 2013, through and including January 2015, in the County of Riverside, State of California, they did wilfully and unlawfully conspire together and with another person and persons whose identity is unknown to commit the crime of COMMIT CHILD PORNOGRAPHY, in violation of Penal Code section 311.4(c), a felony, and that pursuant to and for the purpose of carrying out the objects and purposes of the aforesaid conspiracy, the said defendants thereafter committed the following overt act and acts at and in the County of Riverside:

OVERT ACT NO. 1

Lured underage minors to participate in child pornography.

OVERT ACT NO. 2

Facilitated the production of child pornography.

OVERT ACT NO. 3

Provided money and gifts to minors to persuade them to take pornographic photos.

///

///

///

///

///

The Criminal Grand Jury of the County of Riverside by this indictment further alleges that NOLAND ANTHONY HARPER has been convicted in the present case and cases of committing a qualifying sex offense as specified in Penal Code section 667.61, subdivision (c), against more than one victim, within the meaning of Penal Code section 667.61, subdivision (e), subsection (4).

April 14, 2015

MICHAEL A. HESTRIN
District Attorney

John Aki
Chief Assistant District Attorney

JA:jsg

Names of witnesses examined by the Criminal Grand Jury on finding of the foregoing Indictment:

Diane Asato
Pedro Beltran
Desiree Collins
Stacy Denham
John Doe (BS)
John Doe (BS)
John Doe (CM)
John Doe (DA)
John Doe (DY)
John Doe (ES)
John Doe (KH)
John Doe (MB)
John Doe (NC)
John Doe (PO)
Mike Gallagher
Lyndon (Russ) Kimberly
Brandee Levy
Andy Liu
Elizabeth Massey

Andy Liu
Elizabeth Massey
Tim Pierce
Matt Remmers
Dayna Roelfs
Melinda Rueb
Anthony Ruiz
Veronica Thomas
Elizabeth Wright
Cody Yoder

A TRUE BILL:

Don M. Baxter

Foreperson of the Criminal Grand Jury