NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID YODER,<br><br>Defendant. | 2:13-CR-368-JAD-VCF<br><br>**Index of Exhibits** |

Exhibit 1 .................................................................................................. Affidavit

Exhibit 2 ............................................................ Advertisement Certification Report

Exhibit 1 – Affidavit

AFFIDAVIT

STATE OF NEVADA )
) ss
COUNTY OF CLARK )

I, Heidi L. Skillin, being duly sworn, depose and say the following:

I am an FSA contractor paralegal assigned to the United States Attorney's Office for the District of Nevada. This affidavit is made in support of a notice of publication filed in *United States v. David Yoder*, 2:13-CR-368-JAD-VCF.

Notice of Forfeiture was posted via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 21, 2019, through December 20, 2019, evidenced by the attached verified Advertisement Certification Report and the attached Notice. The publication of this Notice was reasonably calculated to notify all potential claimants.

Heidi L Skillin

Heidi L. Skillin
FSA Contractor Paralegal

STATE OF NEVADA )
) ss
COUNTY OF CLARK )

Subscribed and sworn to (or affirmed) before me on January 6th, 2020, by Heidi L. Skillin.

ANGELINA VILLALPANDO
Notary Public State of Nevada
No. 17-1105-1
My Appt. Exp. December 29, 2020

NOTARY PUBLIC

Exhibit 2 - Advertisement Certification Report

Exhibit 2 - Advertisement Certification Report

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between November 21, 2019 and December 20, 2019. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. David Yoder

**Court Case No:** 2:13-CR-368-JAD-VCF
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 11/21/2019 | 24.0 | Verified |
| 2 | 11/22/2019 | 24.0 | Verified |
| 3 | 11/23/2019 | 24.0 | Verified |
| 4 | 11/24/2019 | 24.0 | Verified |
| 5 | 11/25/2019 | 24.0 | Verified |
| 6 | 11/26/2019 | 24.0 | Verified |
| 7 | 11/27/2019 | 24.0 | Verified |
| 8 | 11/28/2019 | 24.0 | Verified |
| 9 | 11/29/2019 | 24.0 | Verified |
| 10 | 11/30/2019 | 24.0 | Verified |
| 11 | 12/01/2019 | 24.0 | Verified |
| 12 | 12/02/2019 | 24.0 | Verified |
| 13 | 12/03/2019 | 24.0 | Verified |
| 14 | 12/04/2019 | 24.0 | Verified |
| 15 | 12/05/2019 | 24.0 | Verified |
| 16 | 12/06/2019 | 24.0 | Verified |
| 17 | 12/07/2019 | 24.0 | Verified |
| 18 | 12/08/2019 | 24.0 | Verified |
| 19 | 12/09/2019 | 24.0 | Verified |
| 20 | 12/10/2019 | 24.0 | Verified |
| 21 | 12/11/2019 | 24.0 | Verified |
| 22 | 12/12/2019 | 24.0 | Verified |
| 23 | 12/13/2019 | 24.0 | Verified |
| 24 | 12/14/2019 | 24.0 | Verified |
| 25 | 12/15/2019 | 24.0 | Verified |
| 26 | 12/16/2019 | 24.0 | Verified |
| 27 | 12/17/2019 | 24.0 | Verified |
| 28 | 12/18/2019 | 24.0 | Verified |
| 29 | 12/19/2019 | 24.0 | Verified |
| 30 | 12/20/2019 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

Attachment 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**
**COURT CASE NUMBER: 2:13-CR-368-JAD-VCF; NOTICE OF FORFEITURE**

Notice is hereby given that on October 29, 2019, in the case of U.S. v. David Yoder, Court Case Number 2:13-CR-368-JAD-VCF, the United States District Court for the District of Nevada entered an Order condemning and forfeiting the following property to the United States of America:

Dell computer tower, Model No. Vostro 400, Serial No. D2CXRF1, containing a Seagate 1 TB SATA hard drive, Model No. ST1000DM003, Serial No. S1D0MRJQ

Hitachi 2TB external hard drive, Model No. HT0LDNB20001BBB, Serial No. F31G2NXD

Western Digital 1TB hard drive, Model No. WD10EADS, Serial No. WCAV5M930266

San Disk Card Reader

San Disk 16GB Compact Flash Card

Panasonic Video Camera, Model No. SDR-H85P, Serial No. J01A18002

2 micro video cassettes

Proof of residence documents

Compaq Presario laptop computer, Model No. CQ57, Serial No. 5CB2174R1P, containing a Seagate 320GB SATA hard drive, Model No. ST9320325AS, Serial No. 6VDFR10V

Canon Mark II digital camera, Serial No. 4252102526

Emachines desktop computer, Model No. EL1850, Serial No. PTNBK02012040038589600, containing a 500GB SATA hard drive, Model No. HDS721050CLA362, Serial No. HE1BIMMT

Gateway desktop computer, Model No. DX4860-UB33P, Serial No. PTGCPP200420400EF66300, containing a Western Digital 1TB SATA hard drive, Model No. WD10EARX, Serial No. WMC0T0032462

Compaq Presario desktop computer, Model No. SR5034X, Serial No. MXX71406PP, containing a Samsung 160GB SATA hard drive, Model No. HD160JJ/P, Serial No. S0DFJ1GP107611

Apple iPhone 4S, Model No. A1387, Serial No. CBPH20MGDTDW, IMEI No. 99000110136386, containing a Sprint mini SIM card. No. 8901010008831126638F

100 CDs and DVDs

13 CDs and DVDs

Hitachi DVD Cam, Serial No. 50320241

Sony Digital Camera, Model No. MVC-FD100, Serial No. 500023 containing a 3.5 inch floppy diskette with 128MB of memory

Kodak digital camera, Model No. Easyshare Z710, Serial No. KCXGG64336528

Kodak digital camera, Model No. Z981, Serial No. KVYMN02061276

Black HP laptop model, G6-2237US, Serial No. 5CD2490UMC

Toshiba Satellite C655D-S5209 laptop, Serial No. 7B231863Q

Toshiba Satellite C55D-A5304 laptop, Serial No. YD280824Q

Black Seagate Expansion Desktop Drive, P/N 1D7AP3-500, Serial No. NA4K688Y

Apple iPhone in black case, model number A1332

Apple iPhone without a case, model number A1387

Black Samsung cellular flip phone, model SPH-M270

Black digital Canon EOS camera, Serial No. 3211600699, Model DS126201

Cannon Rebel XSi camera, model number DS126181, Serial No. 0670215963, containing 2 GB SD card

Nikon D700 digital camera, Serial No. 3114091, containing 2 SD cards, (1) 8 GB, (1) 16GB

Apple iPhone 4, FCC ID: BCG-E2422A

Apple iPhone 4S, FCC ID: BCG-E2430A

A Toshiba External Drive, Serial No. 23EAPV0ZTRE8

HP Pavilion Computer, Serial No. 5CD249WMC

Kodak 2GB SD card

PNY 16GB SD card

2 SanDisk 8GB Compact Flash cards

SanDisk 8GB SD card

iPhone, FCC ID: BCG-E23808

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (November 21, 2019) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, NV 89101, and a copy served upon Assistant United States Attorney Daniel Hollingsworth, 501 Las Vegas Boulevard South, Suite 1100, Las Vegas, NV 89101. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Daniel Hollingsworth, 501 Las Vegas Boulevard South, Suite 1100, Las Vegas, NV 89101. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.